IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RALPH TAYLOR, | * | Case No.: 93-3476 (MD)(1) |
| | * | Case No.: MDL-875 (PAE) |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | ____FILED ____ENTERED |
| ACandS, Inc., et al., | * | ____LODGED ____RECEIVED |
| | * | |
| Defendants | * | MAY 17 2001 |
| * * * * * * * * * * | | AT BALTIMORE |
| | | CLERK U.S. DISTRICT COURT |
| | | DISTRICT OF MARYLAND |
| O R D E R | BY | DEPUTY |

1. On Motion of Barbara Brown for substitution in place of Ralph Taylor, deceased, it appearing to the Court that the said Ralph Taylor died intestate on May 13, 1998; that the claim asserted by him in this action was not thereby extinguished; and that Barbara Brown has been duly appointed Personal Representative of the Estate of Ralph Taylor, and is qualified and is acting as such.

**IT IS ORDERED,** that Barbara Brown, Personal Representative of the Estate of Ralph Taylor, be substituted as Plaintiff herein in place of Ralph Taylor, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

_____
JUDGE
Charles R. Weiner

DATE: May 14, 2001

(1)